**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANK ZAKODA JR., | ) | No. CV 09-362 GHK (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW MARTEL, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 4/21/10

GEORGE H. KING
United States District Judge